Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−31924−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Charles O'Donnell Jr.  
505 McKinley Ave.  
Pitman, NJ 08071

Joyce Dianna O'Donnell  
505 McKinley Ave.  
Pitman, NJ 08071

Social Security No.:
xxx−xx−5110

xxx−xx−0153

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 23, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 23, 2018
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Charles O'Donnell, Jr.
Joyce Dianna O'Donnell
    Debtors

Case No. 15-31924-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Feb 23, 2018
                       Form ID: 148    Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.

```
db/jdb         +Charles O'Donnell, Jr.,    Joyce Dianna O'Donnell,    505 McKinley Ave.,    Pitman, NJ 08071-1863
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516552261       Bayview Loan Servicing, LLC,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
515862191      +Bayview Loan Servicing, LLC,    Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive, Suite 201,
                 Parsippany, New Jersey 07054-4673
516060717      +Bayview Loan Servicing, LLC,    Kivitz, McKeever, Lee, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
515862176      +Bureaus Investment Group Portfolio NO 15,    1717 Central St.,    Evanston, Illinois 60201-1507
515862182       Childrens Hospital of Philadelphia,    POB 8500,    Philadelphia, Pennsylvania 19178-8017
515862183      +Citi/Best Buy,    POB 790441,    St. Louis, Missouri 63179-0441
515862186      +Client Services Inc.,    3451 Harry Truman Blvd.,    St. Charles, Missouri 63301-9816
516047886       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
515862192       First National Bank of Omaha,    POB 2557,    Omaha, Nebraska 68103-2557
515928915      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
515862193       Foster, Garbus & Garbus,    60 Motor Parkway,    Commack, New York 11725-5710
515862194      +GE Capital Retail Bank/Lowes,    POB 1630,    Warren, Michigan 48090-1630
515862195      +Gloucester County EMS,    POB 1016,    Voorhees, New Jersey 08043-7016
515862197      +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, Ohio 43219-6009
515862198       Laboratory Corporation of America,    POB 2240,    Burlington, North Carolina 27216-2240
515862203      +Pressler & Pressler,    7 Entin Road,    Parsippany, New Jersey 07054-5020
515862205       RowanSOM Dept. of Psychiatry,    POB 635,    Bellmawr, NJ 08099-0635
515862206      +Schachter Portnoy, L.L.C,    3490 U.S.Route 1,    Princeton, New Jersey 08540-5920
515862207       South Jersey Radiology,    ATTN: Apex Asset Management,    1286 Carmichael Way,
                 Montgomery, Alabama 36106-3645
515862208       Stoneleigh Recovery Assoc., LLC,    POB 1479,    Lombard, Illinois 60148-8479
516863167      +U.S. BANK TRUST, N.A., AS TRUSTEE,    FOR LSF9 MASTER PARTICIPATION TRUST,
                 Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
516553109      +U.S. Bank Trust, N.A.,,    as Trustee,    for LSF9 Master Participation Trust,
                 c/o Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
515862209      +Williamsburg Plantation,    4870 Longhill Road,    Williamsburg, VA 23188-1571
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2018 00:00:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2018 00:00:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515862175       E-mail/Text: amscbankruptcy@adt.com Feb 24 2018 00:01:31      ADT Security Services,
                 POB 371878,    Pittsburgh, Pennsylvania 15250-7878
516051541      +E-mail/Text: amscbankruptcy@adt.com Feb 24 2018 00:01:31      ADT Security Services, Inc.,
                 3190 South Vaughn way,    Aurora, CO 80014-3512
516059998       E-mail/Text: camanagement@mtb.com Feb 24 2018 00:00:31      Bayview Loan Servicing, LLC,
                 c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
515933505       EDI: RECOVERYCORP.COM Feb 23 2018 23:38:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
515862177       E-mail/Text: cms-bk@cms-collect.com Feb 24 2018 00:00:30      Capital Management Services,
                 698 1/2 South Ogden Street,    Buffalo, New York 14206-2317
515862178      +EDI: CAPITALONE.COM Feb 23 2018 23:38:00      Capital One Bank,    POB 30281,
                 Salt Lake City, Utah 84130-0281
515862179      +EDI: CAPITALONE.COM Feb 23 2018 23:38:00      Capital One/ Boscovs,    POB 5253,
                 Carol Stream, Illinois 60197-5253
515862180      +E-mail/Text: bankruptcy@cavps.com Feb 24 2018 00:01:01      Cavalry Portfolio Svc.,    POB 27288,
                 Tempe, Arizona 85285-7288
515911526      +E-mail/Text: bankruptcy@cavps.com Feb 24 2018 00:01:01      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515862181      +EDI: CHASE.COM Feb 23 2018 23:38:00      Chase Bank USA, N.A.,    POB 15298,
                 Wilmington, Delaware 19850-5298
515862184      +EDI: CITICORP.COM Feb 23 2018 23:38:00      Citibank,    POB 6062,
                 Sioux Falls, South Dakota 57117-6062
515862185      +EDI: SEARS.COM Feb 23 2018 23:38:00      Citibank/Sears,    POB 6282,
                 Sioux Falls, South Dakota 57117-6282
515862188       EDI: DISCOVER.COM Feb 23 2018 23:38:00      Discover Bank,    POB 3008,
                 New Albany, Ohio 43054-3008
515862189      +EDI: TSYS2.COM Feb 23 2018 23:38:00      DSNB/Macy's,    ATTN: Bankruptcy Dept.,    POB 8053,
                 Mason, Ohio 45040-8053
515873342       EDI: DISCOVER.COM Feb 23 2018 23:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
515862196       EDI: PHINHARRIS Feb 23 2018 23:38:00      Harris & Harris, Ltd.,    111 West Jackson Blvd.,
                 Suite 400,    Chicago, IL 60604-4135
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 23, 2018
                              Form ID: 148             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515862199      +EDI: LTDFINANCIAL.COM Feb 23 2018 23:38:00      LTD Financial Services,
                7322 South West Freeway, Suite 1600,   Houston, Texas 77074-2134
515862200       E-mail/Text: camanagement@mtb.com Feb 24 2018 00:00:31      M & T Bank,   POB 62182,
                Baltimore, MD 21264-2182
515962232      +EDI: MID8.COM Feb 23 2018 23:38:00      Midland Credit Management, Inc. as agent for,
                MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
515862201       EDI: MID8.COM Feb 23 2018 23:38:00      Midland Funding LLC,   8875 Aero Drive,   Suite 200,
                San Diego, CA 92123-2255
515862204       E-mail/Text: bk@rgsfinancial.com Feb 24 2018 00:00:06      RGS Financial, Inc.,   POB 852039,
                Richardson, TX 75085-2039
515895424       EDI: RECOVERYCORP.COM Feb 23 2018 23:38:00      The Bureaus, Inc.,
                c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515862187       DB Servicing Corporation
516553110*     +U.S. Bank Trust, N.A.,,   as Trustee,   for LSF9 Master Participation Trust,
                c/o Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
515862190      ##Family & Psychological Services,   1868 Greentree Rd.,   Cherry Hill, NJ 08003-2031
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST bkyefile@rasflaw.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          Victor  Druziako    on behalf of Joint Debtor Joyce Dianna O'Donnell bkdruziako@aol.com
          Victor  Druziako    on behalf of Debtor Charles  O'Donnell, Jr. bkdruziako@aol.com
                                                                                             TOTAL: 10
```