UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1882 W. Landis Ave.
Vineland, NJ  08360
(856)692-7474; VD-3263
Attorney for Debtors, Charles O'Donnell, Jr. and Joyce Dianna O'Donnell

**Order Filed on March 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Debtors, Charles O'Donnell, Jr. and Joyce Dianna O'Donnell

Case No.:        15-31924

Hearing Date:  03/28/2018

Judge:             ABA

Chapter:          13

**ORDER TO** ~~VACATE DISMISSAL AND~~ **REINSTATE CHAPTER 13 CASE**

The relief set forth on the following pages, numbered two (2) through  2  is hereby **ORDERED**.

**DATED: March 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: Charles O'Donnell, Jr. and Joyce Dianna O'Donnell
Case No.: 15-31924-ABA
Caption of Order: **Order to ~~Vacate Dismissal and~~ Reinstate Chapter 13 Case**

_____

**THIS MATTER**, having been brought before the Court by Victor Druziako, Esquire on behalf of Debtors, Charles O'Donnell, Jr. and Joyce Dianna O'Donnell, and upon notice to Isabel C. Balboa, Chapter 13 Trustee, all interested parties, and any response thereto, and for other good cause, it is hereby

**ORDERED and ADJUDGED**, that the ~~dismissal is vacated and~~ debtors' chapter 13 case be and is hereby reinstated to allow Debtors to convert their case to a Chapter 7 Case; and it is further

**ORDERED and ADJUDGED**, that the Debtors shall apply for conversion to a Chapter 7 Case within __14__ days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Charles O'Donnell, Jr.  
Joyce Dianna O'Donnell  
    Debtors

Case No. 15-31924-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 28, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.  
db/jdb     +Charles O'Donnell, Jr.,    Joyce Dianna O'Donnell,    505 McKinley Ave.,    Pitman, NJ 08071-1863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com  
       Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
       R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
       Victor   Druziako    on behalf of Debtor Charles  O'Donnell, Jr. bkdruziako@aol.com  
       Victor   Druziako    on behalf of Joint Debtor Joyce Dianna O'Donnell bkdruziako@aol.com  
                                           TOTAL: 10