**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Charles O'Donnell Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5110<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Joyce Dianna O'Donnell<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–0153<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter:   13   11/21/15 |
| Case number: | 15–31924–ABA | Date case converted to chapter:   7   3/28/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles O'Donnell Jr. | Joyce Dianna O'Donnell |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 505 McKinley Ave.<br>Pitman, NJ 08071 | 505 McKinley Ave.<br>Pitman, NJ 08071 |
| 4. | **Debtor's attorney**<br>Name and address | Victor Druziako<br>1841 W. Landis Avenue<br>Vineland, NJ 08360 | Contact phone (856) 692–7474 |
| 5. | **Bankruptcy trustee**<br>Name and address | Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221 | Contact phone (609) 601–6066 |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** | 401 Market Street | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Contact phone 856–361–2300<br><br>Date: 4/6/18 |

| 7. **Meeting of creditors** | **May 14, 2018 at 02:30 PM** | Location: |
|---|---|---|
| **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |

| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/13/18** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Case 15-31924-ABA    Doc 50    Filed 04/08/18    Entered 04/09/18 00:32:48    Desc Imaged
Certificate of Notice    Page 3 of 5

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 15-31924-ABA
Charles O'Donnell, Jr.                                          Chapter 7
Joyce Dianna O'Donnell
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Apr 06, 2018
                              Form ID: 309A               Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
db/jdb         +Charles O'Donnell, Jr.,   Joyce Dianna O'Donnell,    505 McKinley Ave.,   Pitman, NJ 08071-1863
515862191      +Bayview Loan Servicing, LLC,   Fein, Such, Kahn & Shepard, P.C.,   7 Century Drive, Suite 201,
                 Parsippany, New Jersey 07054-4673
516552261       Bayview Loan Servicing, LLC,   KML Law Group PC,   Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,   Westmont, NJ 08108
516060717      +Bayview Loan Servicing, LLC,   Kivitz, McKeever, Lee, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
515862176      +Bureaus Investment Group Portfolio NO 15,   1717 Central St.,   Evanston, Illinois 60201-1507
515862182       Childrens Hospital of Philadelphia,   POB 8500,   Philadelphia, Pennsylvania 19178-8017
515862183      +Citi/Best Buy,   POB 790441,   St. Louis, Missouri 63179-0441
515862186      +Client Services Inc.,   3451 Harry Truman Blvd.,   St. Charles, Missouri 63301-9816
516047886       Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
515862192       First National Bank of Omaha,   POB 2557,   Omaha, Nebraska 68103-2557
515928915      +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
515862193       Foster, Garbus & Garbus,   60 Motor Parkway,   Commack, New York 11725-5710
515862194      +GE Capital Retail Bank/Lowes,   POB 1630,   Warren, Michigan 48090-1630
515862195      +Gloucester County EMS,   POB 1016,   Voorhees, New Jersey 08043-7016
515862197      +JP Morgan Chase Bank, N.A.,   3415 Vision Drive,   Columbus, Ohio 43219-6009
515862198       Laboratory Corporation of America,   POB 2240,   Burlington, North Carolina 27216-2240
515962232      +Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
515862203      +Pressler & Pressler,   7 Entin Road,   Parsippany, New Jersey 07054-5020
515862205       RowanSOM Dept. of Psychiatry,   POB 635,   Bellmawr, NJ 08099-0635
515862206      +Schachter Portnoy, L.L.C,   3490 U.S.Route 1,   Princeton, New Jersey 08540-5920
515862207       South Jersey Radiology,   ATTN: Apex Asset Management,   1286 Carmichael Way,
                 Montgomery, Alabama 36106-3645
515862208       Stoneleigh Recovery Assoc., LLC,   POB 1479,   Lombard, Illinois 60148-8479
516863167      +U.S. BANK TRUST, N.A., AS TRUSTEE,   FOR LSF9 MASTER PARTICIPATION TRUST,
                 Phelan Hallinan Diamond & Jones, PC,   400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
516553109      +U.S. Bank Trust, N.A.,,   as Trustee,   for LSF9 Master Participation Trust,
                 c/o Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
515862209      +Williamsburg Plantation,   4870 Longhill Road,   Willamsburg, VA 23188-1571

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bkdruziako@aol.com Apr 06 2018 22:44:32     Victor Druziako,
                 1841 W. Landis Avenue,   Vineland, NJ 08360
tr             +EDI: QBTHOMAS.COM Apr 07 2018 02:28:00     Brian Thomas,   Brian Thomas, Esq,
                 327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2018 22:45:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2018 22:45:31     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515862175       E-mail/Text: amscbankruptcy@adt.com Apr 06 2018 22:46:22     ADT Security Services,
                 POB 371878,   Pittsburgh, Pennsylvania 15250-7878
516051541      +E-mail/Text: amscbankruptcy@adt.com Apr 06 2018 22:46:22     ADT Security Services, Inc.,
                 3190 South Vaughn way,   Aurora, CO 80014-3512
516059998       E-mail/Text: camanagement@mtb.com Apr 06 2018 22:45:18     Bayview Loan Servicing, LLC,
                 c/o M&T Bank,   PO Box 840,   Buffalo, NY 14240-0840
515933505       EDI: RECOVERYCORP.COM Apr 07 2018 02:28:00     Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
515862177       E-mail/Text: cms-bk@cms-collect.com Apr 06 2018 22:45:17     Capital Management Services,
                 698 1/2 South Ogden Street,   Buffalo, New York 14206-2317
515862178      +EDI: CAPITALONE.COM Apr 07 2018 02:28:00     Capital One Bank,   POB 30281,
                 Salt Lake City, Utah 84130-0281
515862179      +EDI: CAPITALONE.COM Apr 07 2018 02:28:00     Capital One/ Boscovs,   POB 5253,
                 Carol Stream, Illinois 60197-5253
515862180      +E-mail/Text: bankruptcy@cavps.com Apr 06 2018 22:45:52     Cavalry Portfolio Svc.,   POB 27288,
                 Tempe, Arizona 85285-7288
515911526      +E-mail/Text: bankruptcy@cavps.com Apr 06 2018 22:45:53     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515862181      +EDI: CHASE.COM Apr 07 2018 02:28:00     Chase Bank USA, N.A.,   POB 15298,
                 Wilmington, Delaware 19850-5298
515862184      +EDI: CITICORP.COM Apr 07 2018 02:28:00     Citibank,   POB 6062,
                 Sioux Falls, South Dakota 57117-6062
515862185      +EDI: SEARS.COM Apr 07 2018 02:28:00     Citibank/Sears,   POB 6282,
                 Sioux Falls, South Dakota 57117-6282
515862188       EDI: DISCOVER.COM Apr 07 2018 02:28:00     Discover Bank,   POB 3008,
                 New Albany, Ohio 43054-3008
515862189      +EDI: TSYS2.COM Apr 07 2018 02:28:00     DSNB/Macy's,   ATTN: Bankruptcy Dept.,   POB 8053,
                 Mason, Ohio 45040-8053
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Apr 06, 2018
                              Form ID: 309A              Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515873342         EDI: DISCOVER.COM Apr 07 2018 02:28:00      Discover Bank,   Discover Products Inc,
                   PO Box 3025,   New Albany, OH 43054-3025
515862196         EDI: PHINHARRIS Apr 07 2018 02:28:00      Harris & Harris, Ltd.,    111 West Jackson Blvd.,
                   Suite 400,   Chicago, IL 60604-4135
515862199        +EDI: LTDFINANCIAL.COM Apr 07 2018 02:28:00      LTD Financial Services,
                   7322 South West Freeway, Suite 1600,   Houston, Texas 77074-2134
515862200         E-mail/Text: camanagement@mtb.com Apr 06 2018 22:45:18      M & T Bank,   POB 62182,
                   Baltimore, MD 21264-2182
515862201         EDI: MID8.COM Apr 07 2018 02:28:00      Midland Funding LLC,   8875 Aero Drive,   Suite 200,
                   San Diego, CA 92123-2255
515862204         E-mail/Text: bk@rgsfinancial.com Apr 06 2018 22:44:49      RGS Financial, Inc.,   POB 852039,
                   Richardson, TX 75085-2039
515895424         EDI: RECOVERYCORP.COM Apr 07 2018 02:28:00      The Bureaus, Inc.,
                   c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515862187          DB Servicing Corporation
516553110*       +U.S. Bank Trust, N.A.,,   as Trustee,   for LSF9 Master Participation Trust,
                   c/o Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
515862190        ##Family & Psychological Services,   1868 Greentree Rd.,   Cherry Hill, NJ 08003-2031
                                                                                  TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
              Brian Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST bkyefile@rasflaw.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Victor  Druziako    on behalf of Joint Debtor Joyce Dianna O'Donnell bkdruziako@aol.com
              Victor  Druziako    on behalf of Debtor Charles  O'Donnell, Jr. bkdruziako@aol.com
                                                                                             TOTAL: 10
```