Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.: 15−31924−ABA
                         Chapter: 7
                         Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Charles O'Donnell Jr. | Joyce Dianna O'Donnell |
| 505 McKinley Ave. | 505 McKinley Ave. |
| Pitman, NJ 08071 | Pitman, NJ 08071 |

Social Security No.:
   xxx−xx−5110                                     xxx−xx−0153

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after August 20, 2018 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 20, 2018
JAN: jpl

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Charles O'Donnell, Jr.  
Joyce Dianna O'Donnell  
    Debtors

Case No. 15-31924-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2018  
                 Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.  
db/jdb     +Charles O'Donnell, Jr.,    Joyce Dianna O'Donnell,    505 McKinley Ave.,    Pitman, NJ 08071-1863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2018 23:39:54     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2018 23:39:49     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                        TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:

          Brian   Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com  
          Brian   Thomas     brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com  
          Denise E. Carlon     on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Joshua I. Goldman     on behalf of Creditor    Bayview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin M. Buttery     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com  
          Lynn Therese Nolan     on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
          Michael Frederick Dingerdissen     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
          Nicholas V. Rogers     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
          R. A. Lebron     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
          Victor   Druziako     on behalf of Debtor Charles   O'Donnell, Jr. bkdruziako@aol.com  
          Victor   Druziako     on behalf of Joint Debtor Joyce Dianna O'Donnell bkdruziako@aol.com  
                                                                                                                                                                                           TOTAL: 12